1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE A. ARBOLEDA, | ) Case No. CV 11-6614 CJC (JCG) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Court's Order Granting Plaintiff's Notice of Dismissal and Dismissing Action Without Prejudice.

DATED: September 5, 2013

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE